

# Fourth Court of Appeals
## San Antonio, Texas

March 22, 2018

No. 04-17-00716-CV

Samuel R. **BUILTA** a/k/a Sam Builta, Individually and d/b/a Technical Services System,
Appellants

v.

## PARAGON, INC.,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 393227
Honorable Karen Crouch, Judge Presiding

# O R D E R

On February 14, 2018, after the court reporter advised this court that Appellant had not yet paid for the record, but that Appellant indicated he would do so, we ordered Appellant to provide written proof to this court by February 26, 2018, that (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee, or (2) Appellant is entitled to appeal without paying the reporter's fee. We advised Appellant that if he failed to respond within the time provided, he must file a brief with this court by March 16, 2018, and the court would only "consider and decide those issues or points [raised in Appellant's brief] that do not require a reporter's record for a decision." *See id.* R. 37.3(c).

To date, Appellant has not filed written proof that the reporter's record has been paid, a motion for extension of time to file the brief, or the brief.

We ORDER Appellant to show cause in writing within TEN DAYS of the date of this order why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex. App.—San Antonio 1998, no pet.). Appellant's written response must include a reasonable explanation for Appellant's failure to timely file the brief. *See* TEX. R. APP. P. 38.8(a).

**If Appellant fails to show cause as ordered, this appeal will be dismissed without further notice.** *See id.* R. 42.3(b), (c); *Elizondo*, 975 S.W.2d at 63.



Patricia O. Alvarez, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of March, 2018.

KEITH E. HOTTLE,
Clerk of Court